# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133618 & (74)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 133618
COA: 266374
Wayne CC: 05-005749-01

JIMMIE LEE MACK, JR.,
        Defendant-Appellant.

_____/

On order of the Court, the motion for miscellaneous relief is DENIED. The application for leave to appeal the February 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

t0723